# EXHIBIT 1



**A3M / ALL**
**Transmittal Number: 29779343**
**Date Processed: 08/28/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Sharon Brooks - MS 08-A<br>The Travelers Companies, Inc.<br>1 Tower Sq<br>Rm 8MS<br>Hartford, CT 06183-0001 |

| | |
|---|---|
| **Entity:** | The Travelers Indemnity Company<br>Entity ID Number  2317465 |
| **Entity Served:** | Travelers Indemnity Company |
| **Title of Action:** | Donna Tetter vs. Travelers Indemnity Company |
| **Matter Name/ID:** | Donna Tetter vs. Travelers Indemnity Company (16181527) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Washington County Circuit Court, MD |
| **Case/Reference No:** | C-21-CV-24-000337 |
| **Jurisdiction Served:** | Maryland |
| **Date Served on CSC:** | 08/28/2024 |
| **Answer or Appearance Due:** | 60 Days |
| **Originally Served On:** | MD Insurance Administration on 08/19/2024 |
| **How Served:** | Certified Mail |
| Sender Information: | Wheeler, DiUlio & Bamabei, P.C.<br>215-971-1000 |

**Notes:**     The document matches the original document as received.

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



**215.971.1000**   www.wdblegal.com

**PHILADELPHIA OFFICE**
1650 Arch Street
Suite 2200
Philadelphia, PA 19103
📞 215.971.1000
📠 215.568.2901

**NEW JERSEY OFFICE**
1040 Kings Highway North
Suite 205
Cherry Hill, NJ 08034
📞 856.874.1447
📠 215.568.2901

E-mail: jsheaffer@wdblegal.com

August 6, 2024

Maryland Insurance Administration
200 St. Paul Place, Suite 2700
Baltimore, MD  21202

Maryland Insurance Administration

AUG 1 9 2024

Received

RE:   Tetter, Donna and Norman v. Travelers Indemnity Company
DOL: 8/7/2023
Loss Address: 20517 Wilderness Run Rd, Boonsboro, MD 21713

Dear Travelers Indemnity Company,

Enclosed please find a true and correct copy of Plaintiff's Civil Action Complaint filed against you in Washington County Court.  Please be advised that you have sixty (60) days in which to respond to this Complaint, pursuant to the Pennsylvania Rules of Civil Procedure, otherwise a default judgment may be filed against you.

Kindly forward this Complaint to your attorney immediately.

Sincerely,

/s/ *Joseph Sheaffer*

JOSEPH SHEAFFER



**CIRCUIT COURT FOR WASHINGTON COUNTY,
MARYLAND**

24 Summit Avenue, Hagerstown, Maryland, 21740

Criminal: 301-790-7941
General: 301-733-8660
Assignment: 240-313-2540
Maryland Relay Service: 711
Fax Civil/Family/Juvenile: 301-791-0507

**To:** TRAVELERS INDEMNITY COMPANY
ONE TOWER SQUARE
HARTFORD, CT 06183

| | |
|---|---|
| **Case Number:** | **C-21-CV-24-000337** |
| **Other Reference Number(s):** | |
| **Child Support Enforcement Number:** | |

**DONNA TETTER, ET AL. VS. TRAVELERS INDEMNITY COMPANY**

Issue Date: 8/1/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

DONNA TETTER
NORMAN TETTER
1650 Arch Street Suite 2200
Philadelphia, PA 19103

This summons is effective for service only if served within 60 days after the date it is issued.

Kevin R. Tucker
Clerk of the Circuit Court

To the person summoned:
    Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
    Personal attendance in court on the day named is NOT required.
    It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 03/2024)

MARYLAND INSURANCE ADMINISTRATION
FORWARDED TO THE NAMED INSURANCE COMPANY
DATE _08/20/2024_

08/01/2024 8:41 AM

E-FILED; Washington Circuit Court
Docket: 7/31/2024 4:13 PM; Submission: 7/31/2024 4:13 PM
Envelope: 17446241

IN THE CIRCUIT COURT FOR Washington County
_____
(City/County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

**Plaintiff:** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).

**Defendant:** You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF  ☐ DEFENDANT      CASE NUMBER _____ C-21-CV-24-000337
(Clerk to Insert)

**CASE NAME:** Donna Tetter and Norman Tetter            vs.     Travelers Indemnity Company

**PARTY'S NAME:** Donna Tetter and Norman Tetter          PHONE: 215-971-1000

**PARTY'S ADDRESS:** 20517 Wildnerness Run Rd., Boonsboro, MD 21713

**PARTY'S E-MAIL:** 215-971-1000

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:** Joseph Sheaffer, Esq.          PHONE: 215-971-1000

**PARTY'S ATTORNEY'S ADDRESS:** 1650 Arch Street, Suite 2200, Philadelphia, PA 19103

**PARTY'S ATTORNEY'S E-MAIL:** jsheaffer@wdblegal.com

**JURY DEMAND?** ☐ Yes  ☒ No

**RELATED CASE PENDING?** ☐ Yes  ☒ No  If yes, Case #(s), if known: _____

**ANTICIPATED LENGTH OF TRIAL?:** _____ hours  2 days

### PLEADING TYPE

**New Case:** ☒ Original       ☐ Administrative Appeal      ☐ Appeal
**Existing Case:** ☐ Post-Judgment    ☐ Amendment
*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of
  Youngest Plt:_____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☒ Breach
☐ Business and Commercial
☐ Confessed Judgment
  (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property /
  Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate
  Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance
  Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 12/2022)          Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |
|---|

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☒ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg. | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.     ☐ Liability is not conceded, but is not seriously in dispute.     ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|

| | | | |
|---|---|---|---|
| ☐ Under $10,000 | ☐ $10,000 - $30,000 | ☒ $30,000 - $100,000 | ☐ Over $100,000 |
| ☐ Medical Bills $ _____ | ☐ Wage Loss $ _____ | ☒ Property Damages $ <u>91,982.09</u> | |

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

| | | | |
|---|---|---|---|
| A. Mediation | ☒ Yes ☐ No | C. Settlement Conference | ☒ Yes ☐ No |
| B. Arbitration | ☒ Yes ☐ No | D. Neutral Evaluation | ☒ Yes ☐ No |

| SPECIAL REQUIREMENTS |
|---|

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

| ESTIMATED LENGTH OF TRIAL |
|---|

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*

***(Case will be tracked accordingly)***

| | |
|---|---|
| ☐ 1/2 day of trial or less | ☐ 3 days of trial time |
| ☐ 1 day of trial time | ☐ More than 3 days of trial time |
| ☒ 2 days of trial time | |

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

***For all jurisdictions,*** *if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited -** Trial within 7 months of     ☐ **Standard -** Trial within 18 months of

Defendant's response                                    Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

07/31/2024
_____
Date

1650 Arch Street, Suite 2200
_____
Address

Philadelphia          PA          19103
_____
City          State          Zip Code

/s/ Joseph Sheaffer, Esq.          2302060010
_____
Signature of Attorney / Party          Attorney Number

Joseph Sheaffer
_____
Printed Name

**CC-DCM-002** (Rev. 12/2022)          Page 3 of 3

E-FILED; Washington Circuit Court
Docket: 7/31/2024 4:13 PM; Submission: 7/31/2024 4:13 PM
Envelope: 17446241

**IN MARYLAND:**

### THE CIRCUIT COURT FOR WASHINGTON COUNTY

DONNA TETTER AND NORMAN TETTER
20517 Wilderness Run Road
Boonsboro, MD 21713

Civil Case No.    C-21-CV-24-000337

vs.

TRAVELERS INDEMNITY COMPANY
One Tower Square
Hartford CT 06183

### COMPLAINT

COMES NOW Plaintiffs, Donna Tetter and Norman Tetter, by and through counsel, and hereby moves this Honorable Court for Judgement against Defendant, Travelers Indemnity Company, in support of thereof states as follows:

### Parties

1.      Plaintiffs, Donna Tetter and Norman Tetter (collectively, "Plaintiff") are individuals who own the property located at 20517 Wilderness Run Rd., Boonsboro, MD 21713 ("the Property").

2.      At all times relevant to the allegations contained herein, Plaintiff was, and still is, a resident of Washington County, Maryland.

3.      Defendant, Travelers Indemnity Company ("Defendant"), is a Connecticut corporation with a place of business at the address set for above, duly organized and existing, which is authorized to conduct business as an insurance company within the State of Maryland, who provided insurance coverage to Plaintiff and the Property located in Washington County, Maryland.

**Jurisdiction and Venue**

4.      Jurisdiction is vested in this Court pursuant to MD Code Ann., Cts. & Jud. Proc.,

§ 1-501.

5.      This Court may exercise personal jurisdiction over Defendant pursuant to MD

Code Ann., Cts. & Proc., § 6-103(b)(6), as Defendant contracted to provide insurance to Plaintiff

and its business in Maryland.

6.      Venue is proper in this Court pursuant to MD Code Ann., Cts. & Jud. Proc., § 6-

201.

**Statement of Facts**

7.      Defendant, in its regular course of business issued to Plaintiff a policy of

insurance ("the Policy") covering Plaintiff's Property.  A true and correct copy of the

declarations page of said policy is attached hereto as Exhibit "A."

8.      On or about 8/7/2023, while the Policy was in full force and effect, Plaintiff

suffered a sudden and accidental direct physical loss to the Property, resulting in damage and

loss.

9.      Specifically, the Property sustained hail damage to the exterior, which resulted in

rain entering the Property and causing subsequent water damage to the interior.

10.     Plaintiff retained the services of Claim Star Public Adjusters ("Claim Star") to

assist with this insurance claim. Claim Star's representation included investigating the Property

to determine the cause and scope of this loss.

11.     Claim Star determined the cost to address the damage from this storm and

perform the necessary repairs to restore the Property to its pre-loss condition to be $91,982.09. A

true and correct copy of this estimate is attached hereto as Exhibit "B."

12.     Plaintiff, through Claim Star, presented evidence to Defendant establishing this

loss was the result of storm damage, which is covered under the Policy.

13.     Notice of Plaintiff's covered loss was given to Defendant in a prompt and timely manner and Plaintiff, at all relevant times, fully complied with all of the terms and conditions required by the Policy, including cooperating with Defendant's investigation, mitigating damages where reasonable, providing Defendant with all available information, and complying with all conditions precedent.

14.     Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiff monies owed under the Policy for the damages suffered as a result of this loss.

15.     At all times material hereto, Defendant was acting either individually or through its duly authorized agents, servants, workmen or employees, who were acting with the course and scope of their employment and on the business of said employer.

16.     Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in the amount of $91,982.09, plus the costs of this suit.

**Count I**
**In Assumpsit - Breach of Contract**

17.     Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

18.     At all pertinent times herein, Plaintiff, for valuable consideration exchanged, was insured with Defendant.

19.     Plaintiff complied with all terms and conditions precedent to obtaining coverage for this loss under the applicable insurance Policy with Defendant.

20.     Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss.

21.     Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's loss, Defendant has not paid to Plaintiff all of the policy benefits to which Plaintiff is entitled under the Policy.

22.     Defendant's denial of coverage was made without a reasonable basis in fact.

23.     Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

24.     As a direct and proximate result of Defendant's breaches in its coverage obligations, including obligations to make payment under the terms of Plaintiff's Policy, Plaintiff has suffered injuries, damages, and financial losses to be established at trial, and which continue into the future, including attorney's fees in bringing this suit.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendant in the amount of $91,982.09, plus interest, costs of suit, damages for delay, counsel fees and punitive damages as provided by law.

Respectfully submitted,

BY:     _/s/ Joseph Sheaffer_
JOSEPH SHEAFFER, ESQUIRE
Attorney ID:  2302060010
Wheeler, DiUlio & Barnabei, P.C.
1650 Arch Street, Suite 2200
Philadelphia, PA 19103
Telephone:  (215) 971-1000
Email:  jsheaffer@wdblegal.com
*Attorney for Plaintiff*

E-FILED; Washington Circuit Court
Docket: 7/31/2024 4:13 PM; Submission: 7/31/2024 4:13 PM
Envelope: 17446241

# Exhibit "A"

*Aug. 16 2022 to Aug. 16 2023*

# TRAVELERS J

*$2500 deductible*

## Policy Summary

## Homeowners Policy

### Named Insured and Mailing Address
NORMAN TETTER
DONNA TETTER
20517 WILDERNESS RUN RD
BOONSBORO, MD 21713-1864

### Your Agency's Name and Address
GEICO INS AGENCY LLC
1 GEICO BLVD
FREDERICKSBURG, VA 22412-0006

### Residence Premises
20517 WILDERNESS RUN RD
BOONSBORO, MD 21713-1864

### Mortgagee Name and Address
1.  SECU
    PO BOX 23896
    BALTIMORE, MD 21298
    LOAN NUMBER: 8020169353

### Policy Information

| | | | |
|---|---|---|---|
| Your Policy Number | 604999632 633 1 | For Policy Service | 1.800.841.3005 |
| Your Account Number | 604999632 | For Claim Service | 1.800.252.4633 |

**Your Insurer:** TRAVELERS PERSONAL INSURANCE COMPANY
a subsidiary or affiliate of The Travelers Indemnity Company
One Tower Square, Hartford, CT 06183

**The policy period is from August 16, 2022 at 12:01 A.M. STANDARD TIME to August 16, 2023 at 12:01 A.M. STANDARD TIME at the residence premises.**

| | |
|---|---|
| **Total Premium for this Policy:** | **$3,886.00** |

This is not a bill. The mortgagee will be billed separately for this policy.

## Discounts

The following discounts reduced your premium:

| | | |
|---|---|---|
| Early Quote | Loss Free | Fire Protective Device |

### Savings Reflected in Your Total Premium:                                      $783.00

## Coverages and Limits of Liability

| Property Coverage Section | Limit |
|---|---|
| Coverage A – Dwelling | $1,184,000 |
| Coverage B – Other Structures | $118,400 |
| Coverage C – Personal Property | $592,000 |
| Coverage D – Loss of Use | $236,800 |



**Liability Coverage Section** — Limit
Coverage E – Personal Liability - Bodily Injury and Property Damage (each occurrence) $500,000
Coverage F – Medical Payments to Others (each person) $2,000

## Deductibles

**Peril Deductible** — Deductible
Property Coverage Deductible (All Perils) $2,500

*In case of loss under the Property Coverage Section, only that part of the loss over
the applicable deductible will be paid (up to the coverage limit that applies).*

## Special Limits and Additional Coverages
**Coverage Level: Travelers Protect Plus®**

*The limit shown for each of the
Special Limits of Liability and Additional Coverages
is the total limit for each loss in that category.*

### Personal Property – Special Limits of Liability

| | | Limit |
|---|---|---|
| a. | Money, bank notes, coins, stored value cards | $1,000 |
| b. | Securities, accounts, passports, tickets, stamps | $3,500 |
| c. | Comic books and trading cards | $2,500 |
| d. | Collectibles, figurines, glassware, marble, porcelains, statuary | $2,500 |
| e. | Theft of jewelry, watches, precious stones | $3,000 |
| f. | Theft of furs | $3,000 |
| g. | Theft of silverware, goldware, pewterware | $5,000 |
| h. | Theft of firearms and related equipment | $5,000 |
| i. | Theft of tools and their accessories | $2,500 |
| j. | Theft of rugs, tapestries and wall hangings | $2,500 |
| k. | Business property on the residence premises | $10,000 |
| l. | Business property away from the residence premises | $5,000 |
| m. | Trailers or semitrailers not used with watercraft | $3,500 |
| n. | Motor vehicle parts or equipment not attached to motor vehicle | $1,000 |
| o. | Electronic apparatus while in or upon a motor vehicle or watercraft | $3,500 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit.*

### Property – Additional Coverages

| | | Limit |
|---|---|---|
| Debris Removal (Additional % of damaged covered property limit) | | 5% |
| Tree Removal | Per Tree $500 Per Loss | $1,000 |
| Trees, Shrubs and Other Plants (5% of Coverage A - Dwelling Limit) | Per Tree $500 Per Loss | $59,200 |
| Fire Department Service Charge | | $1,000 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | | $10,000 |
| Loss Assessment | | $1,000 |
| Landlord Furnishings | | $2,500 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | | $118,400 |
| Personal Records and Data Replacement | | $3,500 |


**TRAVELERS**

| Named Insured | NORMAN TETTER<br>DONNA TETTER | Policy Number | 604999632 633 1 |
| Policy Period | August 16, 2022 to August 16, 2023 | Issued On Date | June 9, 2023 |

## Property – Additional Coverages (continued)

| | Limit |
|---|---|
| Limited Fungi or Other Microbes Remediation | $5,000 |

*The applicable policy deductible applies unless otherwise noted.*

## Liability – Additional Coverages

| | Limit |
|---|---|
| Damage to Property of Others | $5,000 |
| Loss Assessment | $1,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

## Optional Coverages

| Optional Coverages | Endorsement | Limit | Premium |
|---|---|---|---|
| Water Back Up and Sump Discharge or Overflow Coverage | HQ-208 MD (01-22) | $25,000 | Included* |
| Personal Property Replacement Cost Loss Settlement | HQ-290 CW (02-21) | | Included* |
| Additional Replacement Cost Protection Coverage | HQ-420 CW (11-18) | $296,000 | Included* |
| 25% of Coverage A - Dwelling Limit | | | |

*\*Note: The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.*

## Required Forms and Endorsements Included in Your Policy:

Form: 633

| | |
|---|---|
| Policy Quick Reference | HQ-T77 CW (05-17) |
| Agreement, Definitions & Policy Conditions | HQ-D77 CW (05-17) |
| Property Coverage Section | HQ-P03 CW (05-17) |
| Liability Coverage Section | HQ-L77 CW (05-17) |
| Signature Page | HQ-S99 CW (05-17) |
| Special Provisions - Maryland | HQ-300 MD (01-22) |
| Additional Benefits | HQ-860 CW (08-18) |

**The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Homeowners Insurance Policy. Please keep these documents for reference.**

## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

| Year Built: | Garage Type: | Pool: |
| # of Families: | Square Footage: | Age of Roof: 18 |

Online Policy Summary as of June 9, 2023

E-FILED; Washington Circuit Court
Docket: 7/31/2024 4:13 PM; Submission: 7/31/2024 4:13 PM
Envelope: 17446241

# Exhibit "B"



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

| | | | |
|---|---|---|---|
| Insured: | Donna Tetter | | |
| Property: | 20517 Wilderness Run Rd | | |
| | Boonsboro, MD 21713 | | |

| | | | |
|---|---|---|---|
| Estimator: | Peter Gaetano | Cellular: | (540) 683-6841 |
| Company: | ClaimStar LLC Public Adjusting | E-mail: | pgaetano@claimstaradjusting.com |

Reference:
Company:    Travelers

**Claim Number:** 12J8411          **Policy Number:** 604999632 633 1          **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date of Loss: | 8/7/2023 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 9/11/2023 4:38 PM |

| | |
|---|---|
| Price List: | MDFR8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | DONNA_TETTER |



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

This estimate has been prepared by ClaimStar Public Adjusting LLC, a licensed public adjusting firm in the state of MD. This estimate was prepared by an expert adjuster with extensive experience in loss estimating for the purpose of reflecting the true cost to restore this property to it's pre-loss condition.

**Code Considerations:**
This Property Restoration Estimate has been written in compliance with MD Code requirements where applicable. All code items will be cited, and full code language will be attached at the back of this estimate.

**Manufactures installation Instructions:**
Manufacturer installation requirements will be followed and cited where applicable as required to ensure the warrantee of our work and to comply with the **IRC & IBC code**.

**Overhead and Profit:**
 is a licensed class A general contractor in the state of MD.  is under contract with Donna Tetter, our client and your policy holder, to manage and direct the completion of the restoration work proposed.

These Cost of Business expenses are not included in the Xactimate line items but are integral to the successful property restoration of our client, your policy holder. Please review the Xactware White Paper attached at the back of this estimate and the text below taken from that document explaining overhead and profit is not included in the individual Xactimate line items.

*"General Overhead are expenses incurred by a General Contractor, that cannot be attributed to individual projects, and include any and all expenses necessary for the General Contractor to operate their business. Examples (including but not limited to): General and Administrative (G&A) expenses, office rent, utilities, office supplies, salaries for office personnel, depreciation on office equipment, licenses, and advertising. Including General Overhead expenses in an Xactimate estimate--**General Overhead expenses are not included in Xactware ' s unit pricing, but are typically added to the estimate as a percentage of the total bid along with the appropriate profit margin.** These two costs together constitute what is normally referred to in the insurance restoration industry as General Contractor ' s O&P, or just O&P. General Overhead and Profit percentages can be added in the Estimate Parameters window within an Xactimate estimate."*

As a licensed general contractor,  is owed Overhead and Profit for the management of this restoration contract and it has been included it in this estimate.

This is an estimate only. ClaimStar Public Adjusting LLC reserves the right to modify this estimate and claim additional indemnity based on the new total to reflect any additional damages discovered, changes in material or labor prices, to comply with code or manufacturer requirements, or any other reason necessary for the completion of this restoration project.



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

**Property**

**Dwelling Exterior**



**Laminated Roof**

| | |
|---|---|
| 4791.98 Surface Area | 47.92 Number of Squares |
| 522.47 Total Perimeter Length | 163.74 Total Ridge Length |
| 49.55 Total Hip Length | |

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | | | | | | | | | | |
| | 47.92 SQ | 75.00 | 0.00 | 898.50 | 4,492.50 | 0/30 yrs | Avg. | NA | (0.00) | 4,492.50 |
| 2. Laminated - comp. shingle rfg. - w/ felt | | | | | | | | | | |
| | 53.00 SQ | 391.85 | 470.74 | 5,309.70 | 26,548.49 | 18/30 yrs | Avg. | 60% | (4,707.35) | 21,841.14 |
| 10% waste included in allowance for gable roof. | | | | | | | | | | |
| 3. Asphalt starter - peel and stick | | | | | | | | | | |
| | 210.44 LF | 2.97 | 8.33 | 158.33 | 791.67 | 18/20 yrs | Avg. | 70% [M] | (97.22) | 694.45 |

GAF APPLICATION INSTRUCTIONS , STARTER COURSE
Use GAF starter strip shingles along the eaves. Apply as shown. NOTE: **GAF starter strip shingles are recommended at the rakes** for best performance and **required for enhanced limited wind warranty** on certain products (see limited warranty for details).
...

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 4. Ice & water barrier | | | | | | | | | | |
| | 1,849.86 SF | 2.33 | 48.84 | 1,089.76 | 5,448.77 | 18/30 yrs | Avg. | 60% | (488.36) | 4,960.41 |

Ice & water shield required by code. Two rolls ice & water shield needed to extend 24" inside interior wall line due to roof eave overhang, roof pitch, and exterior wall thickness. Please see code and ice & water shield calculator diagram attachments.

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 5. Roofing felt - 15 lb. - double coverage/low slope | | | | | | | | | | |
| | 4.01 SQ | 89.77 | 3.85 | 90.97 | 454.80 | 18/20 yrs | Avg. | 70% [M] | (44.97) | 409.83 |

Two layers felt required on roof slopes from 2/12-4/12 pitch. Please see code attachment.

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 6. R&R Drip edge | | | | | | | | | | |
| | 522.47 LF | 4.20 | 36.36 | 557.68 | 2,788.42 | 18/35 yrs | Avg. | 51.43% | (311.69) | 2,476.73 |
| drip edge present on eaves & rakes | | | | | | | | | | |
| 7. R&R Snow guard/stop | | | | | | | | | | |
| | 53.00 EA | 36.11 | 24.42 | 484.56 | 2,422.81 | 18/40 yrs | Avg. | 45% | (183.17) | 2,239.64 |
| snow stops located on front eaves | | | | | | | | | | |
| 8. R&R Continuous ridge vent - shingle-over style | | | | | | | | | | |
| | 150.00 LF | 15.11 | 47.52 | 578.51 | 2,892.53 | 18/35 yrs | Avg. | 51.43% | (407.31) | 2,485.22 |
| 9. R&R Ridge cap - High profile - composition shingles* | | | | | | | | | | |
| | 213.29 LF | 12.86 | 43.89 | 696.70 | 3,483.50 | 18/30 yrs | Avg. | 60% | (438.95) | 3,044.55 |

Xactimate line item for ridge cap shingles without the high profile is for 3-tab shingles being cut as ridge shingles. Please see line item note: " *Includes: High profile ridge cap, roofing nails, and installation labor. Labor to remove ridge cap shingles and to discard in a job-site waste receptacle. Quality: Precut ridge cap shingles. Note: This item is generally used with laminated shingles.*" GAF APPLICATION INSTRUCTIONS RIDGE CAP SHINGLES Install GAF ridge cap shingles. Follow the application instructions shown on the GAF ridge cap shingle wrapper.
...

**Flashing:** replacement required by code and manufacturer requirements. Please see code attachments. Flashings are thin metal and will be damaged during removal of shingles and will not be re-usable.



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

**CONTINUED - Laminated Roof**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 10. R&R Flashing - pipe jack | | | | | | | | | |
| 4.00 EA | 78.80 | 4.21 | 79.85 | 399.26 | 18/35 yrs | Avg. | 51.43% | (36.12) | 363.14 |
| 11. Step flashing | | | | | | | | | |
| 122.03 LF | 15.38 | 14.42 | 472.80 | 2,364.04 | 18/35 yrs | Avg. | 51.43% | (123.63) | 2,240.41 |
| 12. R&R Counterflashing - Apron flashing | | | | | | | | | |
| 65.23 LF | 16.09 | 6.81 | 264.08 | 1,320.44 | 18/35 yrs | Avg. | 51.43% | (58.37) | 1,262.07 |
| 13. R&R Flashing, 20" wide | | | | | | | | | |
| 48.00 LF | 7.24 | 6.65 | 88.55 | 442.72 | 18/35 yrs | Avg. | 51.43% | (57.02) | 385.70 |

Allowance to flash roof slope pitch transitions. Please see code attachment.
...

**Vents:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14. R&R Roof vent - turtle type - Metal | | | | | | | | | |
| 3.00 EA | 107.12 | 4.67 | 81.52 | 407.55 | 18/35 yrs | Avg. | 51.43% | (40.02) | 367.53 |
| 15. R&R Exhaust cap - through roof - 6" to 8" | | | | | | | | | |
| 2.00 EA | 145.82 | 6.06 | 74.43 | 372.13 | 18/35 yrs | Avg. | 51.43% | (51.94) | 320.19 |

**Cornices:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 16. R&R Gable cornice return - laminated | | | | | | | | | |
| 1.00 EA | 141.35 | 0.52 | 35.46 | 177.33 | 18/30 yrs | Avg. | 60% | (5.24) | 172.09 |
| 17. R&R Gable cornice return - laminated - 2 stories or greater | | | | | | | | | |
| 4.00 EA | 172.18 | 2.10 | 172.71 | 863.53 | 18/30 yrs | Avg. | 60% | (20.98) | 842.55 |

**Detach & reset:** items required for roof replacement.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18. Roof mount power attic vent - Detach & reset | | | | | | | | | |
| 2.00 EA | 280.98 | 0.00 | 140.49 | 702.45 | 18/NA | Avg. | 0% | (0.00) | 702.45 |
| 19. Solar electric panel - Detach & reset | | | | | | | | | |
| 2.00 EA | 284.94 | 0.00 | 142.47 | 712.35 | 0/NA | Avg. | 0% | (0.00) | 712.35 |
| 20. Solar electric panel - mounting hardware - Detach & reset* | | | | | | | | | |
| 2.00 EA | 28.22 | 0.00 | 14.11 | 70.55 | 0/NA | Avg. | 0% | (0.00) | 70.55 |
| 21. Gutter / downspout - Detach & reset | | | | | | | | | |
| 210.44 LF | 5.26 | 0.00 | 276.73 | 1,383.64 | 0/NA | Avg. | 0% | (0.00) | 1,383.64 |

Eave gutters were installed through drip edge and will have to be detached and reset in order to replace drip edge.

**Steep/high Charges:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 22. Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| 12.35 SQ | 16.32 | 0.00 | 50.39 | 251.94 | 0/NA | Avg. | NA | (0.00) | 251.94 |
| 23. Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| 12.35 SQ | 74.22 | 0.00 | 229.15 | 1,145.77 | 0/NA | Avg. | 0% | (0.00) | 1,145.77 |
| 24. Remove Additional charge for steep roof - 10/12 - 12/12 slope | | | | | | | | | |
| 5.69 SQ | 25.65 | 0.00 | 36.49 | 182.44 | 0/NA | Avg. | NA | (0.00) | 182.44 |
| 25. Additional charge for steep roof - 10/12 - 12/12 slope | | | | | | | | | |
| 5.69 SQ | 116.66 | 0.00 | 165.95 | 829.75 | 0/NA | Avg. | 0% | (0.00) | 829.75 |



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

### CONTINUED - Laminated Roof

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 26. Remove Additional charge for high roof (2 stories or greater) | | | | | | | | | |
| 36.94 SQ | 6.17 | 0.00 | 56.98 | 284.90 | 0/NA | Avg. | NA | (0.00) | 284.90 |
| 27. Additional charge for high roof (2 stories or greater) | | | | | | | | | |
| 36.94 SQ | 32.79 | 0.00 | 302.82 | 1,514.08 | 0/NA | Avg. | 0% | (0.00) | 1,514.08 |
| 28. R&R Soffit & fascia - wood - 1' overhang | | | | | | | | | |
| 39.50 LF | 13.98 | 13.18 | 141.36 | 706.76 | 18/150 yrs | Avg. | 12% | (26.35) | 680.41 |
| Wood soffit & fascia were installed over shingles at eave/rake to slope intersections and will have to be removed in order to tear out and replace shingles beneath. | | | | | | | | | |
| 29. Prime & paint exterior soffit - wood | | | | | | | | | |
| 522.47 SF | 2.66 | 15.36 | 351.29 | 1,756.42 | 5/15 yrs | Avg. | 33.33% | (85.34) | 1,671.08 |
| 30. Prime & paint exterior fascia - wood, 6"- 8" wide | | | | | | | | | |
| 522.47 LF | 2.54 | 7.52 | 333.65 | 1,668.24 | 5/15 yrs | Avg. | 33.33% | (41.80) | 1,626.44 |
| **Totals: Laminated Roof** | | **765.45** | **13,375.99** | **66,879.78** | | | | **7,225.83** | **59,653.95** |

### Metal Roof

247.00 Surface Area        2.47 Number of Squares
106.87 Total Perimeter Length



| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 31. R&R Metal roofing - Premium grade | | | | | | | | | |
| 308.75 SF | 17.22 | 89.85 | 1,351.64 | 6,758.16 | 0/75 yrs | Avg. | 0% | (0.00) | 6,758.16 |
| 32. Roofing felt - 15 lb. | | | | | | | | | |
| 2.47 SQ | 50.98 | 1.31 | 31.81 | 159.04 | 0/20 yrs | Avg. | 0% | (0.00) | 159.04 |
| 33. Ice & water barrier - High temp | | | | | | | | | |
| 247.00 SF | 2.72 | 12.30 | 171.04 | 855.18 | 0/30 yrs | Avg. | 0% | (0.00) | 855.18 |
| 34. R&R Eave trim for metal roofing - 26 gauge | | | | | | | | | |
| 85.06 LF | 8.83 | 11.18 | 190.58 | 952.84 | 0/75 yrs | Avg. | 0% | (0.00) | 952.84 |
| 35. R&R Gable trim for metal roofing - 26 gauge | | | | | | | | | |
| 21.80 LF | 9.59 | 3.86 | 53.24 | 266.17 | 0/75 yrs | Avg. | 0% | (0.00) | 266.17 |
| **Flashing:** | | | | | | | | | |
| 36. R&R Endwall flashing for metal roofing - 26 gauge | | | | | | | | | |
| 71.81 LF | 10.10 | 11.81 | 184.27 | 921.36 | 18/75 yrs | Avg. | 24% | (47.22) | 874.14 |



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

**CONTINUED - Metal Roof**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 37. R&R Gable cornice strip - metal | | | | | | | | | | |
| | 23.00 LF | 18.32 | 6.04 | 106.86 | 534.26 | 0/75 yrs | Avg. | 0% | (0.00) | 534.26 |
| 38. R&R Gable cornice strip - metal - 2 stories or greater | | | | | | | | | | |
| | 9.50 LF | 35.07 | 2.50 | 83.92 | 419.59 | 0/75 yrs | Avg. | 0% | (0.00) | 419.59 |
| 39. R&R Gable cornice return - metal - 2 stories or greater | | | | | | | | | | |
| | 2.00 EA | 165.65 | 0.39 | 82.93 | 414.62 | 0/75 yrs | Avg. | 0% | (0.00) | 414.62 |
| **Detach & Reset:** | | | | | | | | | | |
| 40. Gutter / downspout - Detach & reset | | | | | | | | | | |
| | 85.06 LF | 5.26 | 0.00 | 111.85 | 559.27 | 0/NA | Avg. | 0% | (0.00) | 559.27 |
| Eave gutters were installed through eave trim and will have to be detached and reset in order to replace drip edge. | | | | | | | | | | |
| **Totals: Metal Roof** | | 139.24 | 2,368.14 | 11,840.49 | | | | | 47.22 | 11,793.27 |

**Front Elevation**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 41. R&R Gutter / downspout - aluminum - up to 5" | | | | | | | | | | |
| | 34.00 LF | 10.29 | 10.59 | 90.12 | 450.57 | 18/25 yrs | Avg. | 70% [M] | (123.52) | 327.05 |
| **Totals: Front Elevation** | | | 10.59 | 90.12 | 450.57 | | | | 123.52 | 327.05 |

**Right Elevation**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 42. R&R Gutter / downspout - aluminum - up to 5" | | | | | | | | | | |
| | 60.00 LF | 10.29 | 18.68 | 159.02 | 795.10 | 18/25 yrs | Avg. | 70% [M] | (217.98) | 577.12 |
| 43. R&R Window screen, 10 - 16 SF | | | | | | | | | | |
| | 4.00 EA | 58.49 | 11.76 | 61.43 | 307.15 | 18/30 yrs | Avg. | 60% | (117.65) | 189.50 |
| 44. R&R Clothes dryer vent cover | | | | | | | | | | |
| | 1.00 EA | 47.16 | 0.48 | 11.92 | 59.56 | 18/30 yrs | Avg. | 60% | (4.79) | 54.77 |
| 45. Comb/straighten a/c cond. fins - w/trip charge - Large | | | | | | | | | | |
| | 1.00 EA | 260.46 | 0.00 | 65.12 | 325.58 | 0/NA | Avg. | 0% | (0.00) | 325.58 |
| 46. Comb and straighten a/c condenser fins - w/out trip charge | | | | | | | | | | |
| | 2.00 EA | 93.78 | 0.00 | 46.89 | 234.45 | 0/NA | Avg. | 0% | (0.00) | 234.45 |



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

**CONTINUED - Right Elevation**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 47. Remove Air conditioning security cage | | | | | | | | | | |
| | 3.00 EA | 14.61 | 0.00 | 10.95 | 54.78 | 0/15 yrs | Avg. | NA | (0.00) | 54.78 |
| Allowance to detach & reset AC cages to combe fins | | | | | | | | | | |
| 48. Install Air conditioning security cage | | | | | | | | | | |
| | 3.00 EA | 90.93 | 0.00 | 68.20 | 340.99 | 0/15 yrs | Avg. | 0% | (0.00) | 340.99 |
| **Totals: Right Elevation** | | | **30.92** | **423.53** | **2,117.61** | | | | **340.42** | **1,777.19** |

**Rear Elevation**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 49. R&R Clothes dryer vent cover | | | | | | | | | | |
| | 1.00 EA | 47.16 | 0.48 | 11.92 | 59.56 | 18/30 yrs | Avg. | 60% | (4.79) | 54.77 |
| **Totals: Rear Elevation** | | | **0.48** | **11.92** | **59.56** | | | | **4.79** | **54.77** |

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total: Dwelling Exterior** | | | **946.68** | **16,269.70** | **81,348.01** | | | | **7,741.78** | **73,606.23** |

**Interior**

**Sunroom**        **Height: Sloped**

484.30 SF Walls      229.59 SF Ceiling
713.89 SF Walls & Ceiling      222.52 SF Floor
24.72 SY Flooring      46.84 LF Floor Perimeter
64.70 LF Ceil. Perimeter

**Missing Wall - Goes to Floor**      **17' 3" X 9'**      **Opens into Exterior**

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 50. Contents - move out then reset - Large room | | | | | | | | | | |
| | 1.00 EA | 148.00 | 0.00 | 37.00 | 185.00 | 0/NA | Avg. | 0% | (0.00) | 185.00 |
| 51. Ceiling fan - Detach & reset | | | | | | | | | | |
| | 1.00 EA | 253.88 | 0.00 | 63.47 | 317.35 | 0/NA | Avg. | 0% | (0.00) | 317.35 |
| Allowance needed for drywall repairs. | | | | | | | | | | |



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

### CONTINUED - Sunroom

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. | R&R Batt insulation - 6" - R19 - paper / foil faced | | | | | | | | | |
| | 32.00 SF | 1.66 | 1.71 | 13.71 | 68.54 | 0/150 yrs | Avg. | 0% | (0.00) | 68.54 |
| 53. | R&R 5/8" drywall - hung, taped, floated, ready for paint | | | | | | | | | |
| | 32.00 SF | 3.72 | 1.50 | 30.14 | 150.68 | 0/150 yrs | Avg. | 0% | (0.00) | 150.68 |
| 54. | Texture drywall - light hand texture | | | | | | | | | |
| | 32.00 SF | 1.22 | 0.19 | 9.81 | 49.04 | 0/150 yrs | Avg. | 0% | (0.00) | 49.04 |
| 55. | Seal the surface area w/PVA primer - one coat | | | | | | | | | |
| | 32.00 SF | 0.70 | 0.12 | 5.63 | 28.15 | 0/15 yrs | Avg. | 0% | (0.00) | 28.15 |
| 56. | Paint the ceiling - two coats | | | | | | | | | |
| | 229.59 SF | 1.17 | 3.86 | 68.12 | 340.60 | 5/15 yrs | Avg. | 33.33% | (21.43) | 319.17 |
| 57. | Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | | | | |
| | 64.70 LF | 1.64 | 1.05 | 26.80 | 133.96 | 0/15 yrs | Avg. | 0% | (0.00) | 133.96 |
| 58. | Mask per square foot for drywall or plaster work* | | | | | | | | | |
| | 222.52 SF | 0.31 | 0.93 | 17.48 | 87.39 | 0/150 yrs | Avg. | 0% | (0.00) | 87.39 |
| 59. | Final cleaning - construction - Residential | | | | | | | | | |
| | 222.52 SF | 0.34 | 0.00 | 18.92 | 94.58 | 0/NA | Avg. | 0% | (0.00) | 94.58 |
| 60. | Tape joint for new to existing drywall - per LF | | | | | | | | | |
| | 24.00 LF | 11.04 | 0.62 | 66.39 | 331.97 | 0/150 yrs | Avg. | 0% | (0.00) | 331.97 |
| **Totals: Sunroom** | | | **9.98** | **357.47** | **1,787.26** | | | | **21.43** | **1,765.83** |
| **Total: Interior** | | | **9.98** | **357.47** | **1,787.26** | | | | **21.43** | **1,765.83** |

### Other Structures

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 61. | R&R Rural mailbox | | | | | | | | | |
| | 1.00 EA | 61.86 | 1.77 | 15.92 | 79.55 | 18/20 yrs | Avg. | 70% [M] | (20.66) | 58.89 |
| **Totals: Other Structures** | | | **1.77** | **15.92** | **79.55** | | | | **20.66** | **58.89** |

### General

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

### CONTINUED - General

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 62. Temporary toilet - Minimum rental charge | | | | | | | | | |
| 1.00 EA | 161.89 | 0.00 | 40.47 | 202.36 | 0/NA | Avg. | 0% | (0.00) | 202.36 |
| 63. Residential Supervision / Project Management - per hour | | | | | | | | | |
| 24.00 HR | 76.70 | 0.00 | 460.20 | 2,301.00 | 0/NA | Avg. | 0% | (0.00) | 2,301.00 |
| project supervisor for estimated 3 days | | | | | | | | | |
| 64. Generator - 6,000 watt - portable (per day) | | | | | | | | | |
| 3.00 DA | 88.66 | 0.00 | 66.50 | 332.48 | 0/NA | Avg. | 0% | (0.00) | 332.48 |
| 65. Boom or spider lift - 50'-60' reach (per day) | | | | | | | | | |
| 3.00 DA | 636.93 | 0.00 | 477.70 | 2,388.49 | 0/NA | Avg. | 0% | (0.00) | 2,388.49 |
| boom lift & operator to access high gutters, fascia, and soffit work | | | | | | | | | |
| 66. Equipment Operator - per hour | | | | | | | | | |
| 24.00 HR | 77.35 | 0.00 | 464.10 | 2,320.50 | 0/NA | Avg. | 0% | (0.00) | 2,320.50 |
| **Totals: General** | | **0.00** | **1,508.97** | **7,544.83** | | | | **0.00** | **7,544.83** |

### Debris Removal

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 67. Single axle dump truck - per load - including dump fees | | | | | | | | | |
| 1.00 EA | 333.94 | 0.00 | 83.48 | 417.42 | 0/NA | Avg. | NA | (0.00) | 417.42 |
| Allowance for disposal of all non roofing debris | | | | | | | | | |
| **Totals: Debris Removal** | | **0.00** | **83.48** | **417.42** | | | | **0.00** | **417.42** |

### Labor Minimums Applied

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 68. Drywall labor minimum | | | | | | | | | |
| 1.00 EA | 63.35 | 0.00 | 15.84 | 79.19 | 0/NA | Avg. | 0% | (0.00) | 79.19 |
| 69. Cleaning labor minimum* | | | | | | | | | |
| 1.00 EA | 58.92 | 0.00 | 14.73 | 73.65 | 0/NA | Avg. | 0% | (0.00) | 73.65 |
| 70. Insulation labor minimum | | | | | | | | | |
| 1.00 EA | 154.19 | 0.00 | 38.55 | 192.74 | 0/NA | Avg. | 0% | (0.00) | 192.74 |
| 71. Specialty items labor minimum | | | | | | | | | |
| 1.00 EA | 166.54 | 0.00 | 41.63 | 208.17 | 0/NA | Avg. | 0% | (0.00) | 208.17 |

DONNA_TETTER



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

**CONTINUED - Labor Minimums Applied**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 72. Window labor minimum | | | | | | | | | |
| 1.00 EA | 201.02 | 0.00 | 50.25 | 251.27 | 0/NA | Avg. | 0% | (0.00) | 251.27 |
| **Totals: Labor Minimums Applied** | | **0.00** | **161.00** | **805.02** | | | | **0.00** | **805.02** |
| **Line Item Totals: Property** | | **958.43** | **18,396.54** | **91,982.09** | | | | **7,783.87** | **84,198.22** |

[%] - Indicates that depreciate by percent was used for this item
[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 484.30 | SF Walls | 229.59 | SF Ceiling | 713.89 | SF Walls and Ceiling |
| 222.52 | SF Floor | 24.72 | SY Flooring | 46.84 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 64.70 | LF Ceil. Perimeter |
| | | | | | |
| 222.52 | Floor Area | 244.33 | Total Area | 484.30 | Interior Wall Area |
| 10,836.63 | Exterior Wall Area | 71.59 | Exterior Perimeter of Walls | | |
| | | | | | |
| 5,038.99 | Surface Area | 50.39 | Number of Squares | 629.33 | Total Perimeter Length |
| 163.74 | Total Ridge Length | 49.55 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 91,694.37 | 99.69% | 83,931.16 | 99.68% |
| Other Structures | 287.72 | 0.31% | 267.06 | 0.32% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 91,982.09 | 100.00% | 84,198.22 | 100.00% |



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 72,398.72 |
| Material Sales Tax | 956.66 |
| Subtotal | 73,355.38 |
| Overhead | 11,003.40 |
| Profit | 7,335.59 |
| **Replacement Cost Value** | **$91,694.37** |
| Less Depreciation | (7,763.21) |
| **Actual Cash Value** | **$83,931.16** |
| Less Deductible | (2,500.00) |
| **Net Claim** | **$81,431.16** |
| Total Recoverable Depreciation | 7,763.21 |
| **Net Claim if Depreciation is Recovered** | **$89,194.37** |

Peter Gaetano



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

### Summary for Other Structures

| | |
|---|---:|
| Line Item Total | 228.40 |
| Material Sales Tax | 1.77 |
| | |
| Subtotal | 230.17 |
| Overhead | 34.53 |
| Profit | 23.02 |
| | |
| **Replacement Cost Value** | **$287.72** |
| Less Depreciation | (20.66) |
| | |
| **Actual Cash Value** | **$267.06** |
| **Net Claim** | **$267.06** |
| | |
| Total Recoverable Depreciation | 20.66 |
| | |
| **Net Claim if Depreciation is Recovered** | **$287.72** |

Peter Gaetano

Interior



Dwelling Exterior



Dwelling Exterior



**CIRCUIT COURT FOR WASHINGTON COUNTY**
**MARYLAND**
24 Summit Avenue, Hagerstown, Maryland, 21740

Civil/Family: 301-790-7910
Criminal: 301-790-7941
General: 301-733-8660
Assignment: 240-313-2540
Maryland Relay Service: 711
Fax Civil/Family/Juvenile: 301-791-0507

**To:** TRAVELERS INDEMNITY COMPANY
ONE TOWER SQUARE
HARTFORD, CT 06183

|  |  |
|---|---|
| **Case Number:** | C-21-CV-24-000337 |
| **Other Reference Number(s):** |  |
| **Child Support Enforcement Number:** |  |

**DONNA TETTER, ET AL. VS. TRAVELERS INDEMNITY COMPANY**

Issue Date: 8/1/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

DONNA TETTER
NORMAN TETTER
1650 Arch Street Suite 2200
Philadelphia, PA 19103

This summons is effective for service only if served within 60 days after the date it is issued.

*Kevin R. Tucker*

Kevin R. Tucker
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

E-FILED; Washington Circuit Court
Docket: 7/31/2024 4:13 PM; Submission: 7/31/2024 4:13 PM
Envelope: 17446241

IN THE CIRCUIT COURT FOR Washington County
(City/County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

**Plaintiff:** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).

**Defendant:** You must file an Information Report as required by Rule 2-323(h).

*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT          CASE NUMBER _____ C-21-CV-24-000337
(Clerk to insert)

**CASE NAME:** Donna Tetter and Norman Tetter          vs.          Travelers Indemnity Company
Plaintiff                                                                      Defendant

**PARTY'S NAME:** Donna Tetter and Norman Tetter          **PHONE:** 215-971-1000

**PARTY'S ADDRESS:** 20517 Wildnerness Run Rd., Boonsboro, MD 21713

**PARTY'S E-MAIL:** 215-971-1000

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:** Joseph Sheaffer, Esq.          **PHONE:** 215-971-1000

**PARTY'S ATTORNEY'S ADDRESS:** 1650 Arch Street, Suite 2200, Philadelphia, PA 19103

**PARTY'S ATTORNEY'S E-MAIL:** jsheaffer@wdblegal.com

**JURY DEMAND?** ☐ Yes ☒ No

**RELATED CASE PENDING?** ☐ Yes ☒ No  If yes, Case #(s), if known: _____

**ANTICIPATED LENGTH OF TRIAL?:** _____ hours  2  days

### PLEADING TYPE

**New Case:** ☒ Original          ☐ Administrative Appeal          ☐ Appeal
**Existing Case:** ☐ Post-Judgment          ☐ Amendment
*If filing in an existing case,* skip Case Category/ Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt:___
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☒ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**Government**
☐ Government
☐ Insurance
☐ Product Liability

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 12/2022)          Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☒ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.     ☐ Liability is not conceded, but is not seriously in dispute.     ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000     ☐ $10,000 - $30,000     ☒ $30,000 - $100,000     ☐ Over $100,000

☐ Medical Bills $ _____     ☐ Wage Loss $ _____     ☒ Property Damages $ 91,982.09

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

| | | | |
|---|---|---|---|
| A. Mediation | ☒ Yes ☐ No | C. Settlement Conference | ☒ Yes ☐ No |
| B. Arbitration | ☒ Yes ☐ No | D. Neutral Evaluation | ☒ Yes ☐ No |

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL.***

***(Case will be tracked accordingly)***

☐ 1/2 day of trial or less          ☐ 3 days of trial time

☐ 1 day of trial time               ☐ More than 3 days of trial time

☒ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions,*** *if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of          ☐ **Standard** - Trial within 18 months of
Defendant's response                                 Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

07/31/2024
_____
Date

1650 Arch Street, Suite 2200
_____
Address

Philadelphia            PA        19103
_____
City            State        Zip Code

/s/ Joseph Sheaffer, Esq.            2302060010
_____
Signature of Attorney / Party            Attorney Number

Joseph Sheaffer
_____
Printed Name

E-FILED; Washington Circuit Court
Docket: 7/31/2024 4:13 PM; Submission: 7/31/2024 4:13 PM
Envelope: 17446241

**IN MARYLAND:**

## THE CIRCUIT COURT FOR WASHINGTON COUNTY

| | |
|---|---|
| DONNA TETTER AND NORMAN TETTER<br>20517 Wilderness Run Road<br>Boonsboro, MD 21713<br><br>            vs.<br><br>TRAVELERS INDEMNITY COMPANY<br>One Tower Square<br>Hartford CT 06183 | Civil Case No.   C-21-CV-24-000337 |

## <u>COMPLAINT</u>

COMES NOW Plaintiffs, Donna Tetter and Norman Tetter, by and through counsel, and hereby moves this Honorable Court for Judgement against Defendant, Travelers Indemnity Company, in support of thereof states as follows:

### <u>Parties</u>

1.      Plaintiffs, Donna Tetter and Norman Tetter (collectively, "Plaintiff") are individuals who own the property located at 20517 Wilderness Run Rd., Boonsboro, MD 21713 ("the Property").

2.      At all times relevant to the allegations contained herein, Plaintiff was, and still is, a resident of Washington County, Maryland.

3.      Defendant, Travelers Indemnity Company ("Defendant"), is a Connecticut corporation with a place of business at the address set for above, duly organized and existing, which is authorized to conduct business as an insurance company within the State of Maryland, who provided insurance coverage to Plaintiff and the Property located in Washington County, Maryland.

## Jurisdiction and Venue

4.      Jurisdiction is vested in this Court pursuant to MD Code Ann., Cts. & Jud. Proc., § 1-501.

5.      This Court may exercise personal jurisdiction over Defendant pursuant to MD Code Ann., Cts. & Proc., § 6-103(b)(6), as Defendant contracted to provide insurance to Plaintiff and its business in Maryland.

6.      Venue is proper in this Court pursuant to MD Code Ann., Cts. & Jud. Proc., § 6-201.

## Statement of Facts

7.      Defendant, in its regular course of business issued to Plaintiff a policy of insurance ("the Policy") covering Plaintiff's Property.  A true and correct copy of the declarations page of said policy is attached hereto as Exhibit "A."

8.      On or about 8/7/2023, while the Policy was in full force and effect, Plaintiff suffered a sudden and accidental direct physical loss to the Property, resulting in damage and loss.

9.      Specifically, the Property sustained hail damage to the exterior, which resulted in rain entering the Property and causing subsequent water damage to the interior.

10.     Plaintiff retained the services of Claim Star Public Adjusters ("Claim Star") to assist with this insurance claim. Claim Star's representation included investigating the Property to determine the cause and scope of this loss.

11.     Claim Star determined the cost to address the damage from this storm and perform the necessary repairs to restore the Property to its pre-loss condition to be $91,982.09. A true and correct copy of this estimate is attached hereto as Exhibit "B."

12.     Plaintiff, through Claim Star, presented evidence to Defendant establishing this loss was the result of storm damage, which is covered under the Policy.

13.     Notice of Plaintiff's covered loss was given to Defendant in a prompt and timely manner and Plaintiff, at all relevant times, fully complied with all of the terms and conditions required by the Policy, including cooperating with Defendant's investigation, mitigating damages where reasonable, providing Defendant with all available information, and complying with all conditions precedent.

14.     Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiff monies owed under the Policy for the damages suffered as a result of this loss.

15.     At all times material hereto, Defendant was acting either individually or through its duly authorized agents, servants, workmen or employees, who were acting with the course and scope of their employment and on the business of said employer.

16.     Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in the amount of $91,982.09, plus the costs of this suit.

**Count I**
**In Assumpsit - Breach of Contract**

17.     Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

18.     At all pertinent times herein, Plaintiff, for valuable consideration exchanged, was insured with Defendant.

19.     Plaintiff complied with all terms and conditions precedent to obtaining coverage for this loss under the applicable insurance Policy with Defendant.

20.     Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss.

21.     Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's loss, Defendant has not paid to Plaintiff all of the policy benefits to which Plaintiff is entitled under the Policy.

22.    Defendant's denial of coverage was made without a reasonable basis in fact.

23.    Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

24.    As a direct and proximate result of Defendant's breaches in its coverage obligations, including obligations to make payment under the terms of Plaintiff's Policy, Plaintiff has suffered injuries, damages, and financial losses to be established at trial, and which continue into the future, including attorney's fees in bringing this suit.

### **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff demands judgment against Defendant in the amount of $91,982.09, plus interest, costs of suit, damages for delay, counsel fees and punitive damages as provided by law.

Respectfully submitted,

BY:    _/s/ Joseph Sheaffer_____
JOSEPH SHEAFFER, ESQUIRE
Attorney ID: 2302060010
Wheeler, DiUlio & Barnabei, P.C.
1650 Arch Street, Suite 2200
Philadelphia, PA 19103
Telephone: (215) 971-1000
Email: jsheaffer@wdblegal.com
_Attorney for Plaintiff_

E-FILED; Washington Circuit Court
Docket: 7/31/2024 4:13 PM; Submission: 7/31/2024 4:13 PM
Envelope: 17446241

# Exhibit "A"

*Aug. 16 2022 to Aug. 16, 2023*

## TRAVELERS

*$2500 deductible*

# Policy Summary

## Homeowners Policy

### Named Insured and Mailing Address
NORMAN TETTER
DONNA TETTER
20517 WILDERNESS RUN RD
BOONSBORO, MD 21713-1864

### Your Agency's Name and Address
GEICO INS AGENCY LLC
1 GEICO BLVD
FREDERICKSBURG, VA 22412-0006

### Residence Premises
20517 WILDERNESS RUN RD
BOONSBORO, MD 21713-1864

### Mortgagee Name and Address
1.  SECU
    PO BOX 23896
    BALTIMORE, MD 21298
    LOAN NUMBER: 8020169353

### Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 604999632 633 1 | **For Policy Service** | 1.800.841.3005 |
| **Your Account Number** | 604999632 | **For Claim Service** | 1.800.252.4633 |
| **Your Insurer:** | TRAVELERS PERSONAL INSURANCE COMPANY | | |
| | a subsidiary or affiliate of The Travelers Indemnity Company | | |
| | One Tower Square, Hartford, CT 06183 | | |

The policy period is from August 16, 2022 at 12:01 A.M. STANDARD TIME to August 16, 2023 at 12:01 A.M. STANDARD TIME at the residence premises.

**Total Premium for this Policy:** $3,886.00
This is not a bill. The mortgagee will be billed separately for this policy.

## Discounts

The following discounts reduced your premium:

Early Quote          Loss Free          Fire Protective Device

### Savings Reflected in Your Total Premium:                $783.00

## Coverages and Limits of Liability

| Property Coverage Section | Limit |
|---|---|
| Coverage A – Dwelling | $1,184,000 |
| Coverage B – Other Structures | $118,400 |
| Coverage C – Personal Property | $592,000 |
| Coverage D – Loss of Use | $236,800 |



| Liability Coverage Section | Limit |
|---|---|
| Coverage E – Personal Liability - Bodily Injury and Property Damage (each occurrence) | $500,000 |
| Coverage F – Medical Payments to Others (each person) | $2,000 |

## Deductibles

| Peril Deductible | Deductible |
|---|---|
| Property Coverage Deductible (All Perils) | $2,500 |

*In case of loss under the Property Coverage Section, only that part of the loss over the applicable deductible will be paid (up to the coverage limit that applies).*

## Special Limits and Additional Coverages
### Coverage Level: Travelers Protect Plus®

*The limit shown for each of the Special Limits of Liability and Additional Coverages is the total limit for each loss in that category.*

### Personal Property – Special Limits of Liability

| | | Limit |
|---|---|---|
| a. | Money, bank notes, coins, stored value cards | $1,000 |
| b. | Securities, accounts, passports, tickets, stamps | $3,500 |
| c. | Comic books and trading cards | $2,500 |
| d. | Collectibles, figurines, glassware, marble, porcelains, statuary | $2,500 |
| e. | Theft of jewelry, watches, precious stones | $3,000 |
| f. | Theft of furs | $3,000 |
| g. | Theft of silverware, goldware, pewterware | $5,000 |
| h. | Theft of firearms and related equipment | $5,000 |
| i. | Theft of tools and their accessories | $2,500 |
| j. | Theft of rugs, tapestries and wall hangings | $2,500 |
| k. | Business property on the residence premises | $10,000 |
| l. | Business property away from the residence premises | $5,000 |
| m. | Trailers or semitrailers not used with watercraft | $3,500 |
| n. | Motor vehicle parts or equipment not attached to motor vehicle | $1,000 |
| o. | Electronic apparatus while in or upon a motor vehicle or watercraft | $3,500 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit.*

### Property – Additional Coverages

| | Limit |
|---|---|
| Debris Removal (Additional % of damaged covered property limit) | 5% |
| Tree Removal | Per Tree $500 Per Loss $1,000 |
| Trees, Shrubs and Other Plants (5% of Coverage A - Dwelling Limit) | Per Tree $500 Per Loss $59,200 |
| Fire Department Service Charge | $1,000 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | $10,000 |
| Loss Assessment | $1,000 |
| Landlord Furnishings | $2,500 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | $118,400 |
| Personal Records and Data Replacement | $3,500 |



| Named Insured | NORMAN TETTER |  | Policy Number | 604999632 633 1 |
|---|---|---|---|---|
|  | DONNA TETTER |  |  |  |
| Policy Period | August 16, 2022 to August 16, 2023 |  | Issued On Date | June 9, 2023 |

## Property – Additional Coverages (continued)

| | Limit |
|---|---|
| Limited Fungi or Other Microbes Remediation | $5,000 |

*The applicable policy deductible applies unless otherwise noted.*

## Liability – Additional Coverages

| | Limit |
|---|---|
| Damage to Property of Others | $5,000 |
| Loss Assessment | $1,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

## Optional Coverages

| Optional Coverages | Endorsement | Limit | Premium |
|---|---|---|---|
| Water Back Up and Sump Discharge or Overflow Coverage | HQ-208 MD (01-22) | $25,000 | Included* |
| Personal Property Replacement Cost Loss Settlement | HQ-290 CW (02-21) | | Included* |
| Additional Replacement Cost Protection Coverage | HQ-420 CW (11-18) | $296,000 | Included* |
|     25% of Coverage A - Dwelling Limit | | | |

*\*Note: The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.*

## Required Forms and Endorsements Included in Your Policy:                Form: 633

| | |
|---|---|
| Policy Quick Reference | HQ-T77 CW (05-17) |
| Agreement, Definitions & Policy Conditions | HQ-D77 CW (05-17) |
| Property Coverage Section | HQ-P03 CW (05-17) |
| Liability Coverage Section | HQ-L77 CW (05-17) |
| Signature Page | HQ-S99 CW (05-17) |
| Special Provisions - Maryland | HQ-300 MD (01-22) |
| Additional Benefits | HQ-860 CW (08-18) |

> **The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Homeowners Insurance Policy.**
> **Please keep these documents for reference.**

## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

| Year Built: | Garage Type: | Pool: |
|---|---|---|
| # of Families: | Square Footage: | Age of Roof: 18 |

Online Policy Summary as of June 9, 2023

**E-FILED; Washington Circuit Court**
**Docket: 7/31/2024 4:13 PM; Submission: 7/31/2024 4:13 PM**
**Envelope: 17446241**

# Exhibit "B"



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

| | |
|---|---|
| Insured: | Donna Tetter |
| Property: | 20517 Wilderness Run Rd |
| | Boonsboro, MD 21713 |

| | | | |
|---|---|---|---|
| Estimator: | Peter Gaetano | Cellular: | (540) 683-6841 |
| Company: | ClaimStar LLC Public Adjusting | E-mail: | pgaetano@claimstaradjusting.com |

| | |
|---|---|
| Reference: | |
| Company: | Travelers |

**Claim Number:** 12J8411        **Policy Number:** 604999632 633 1        **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date of Loss: | 8/7/2023 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 9/11/2023 4:38 PM |

| | |
|---|---|
| Price List: | MDFR8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | DONNA_TETTER |



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

This estimate has been prepared by ClaimStar Public Adjusting LLC, a licensed public adjusting firm in the state of MD. This estimate was prepared by an expert adjuster with extensive experience in loss estimating for the purpose of reflecting the true cost to restore this property to it's pre-loss condition.

**Code Considerations:**
This Property Restoration Estimate has been written in compliance with MD Code requirements where applicable. All code items will be cited, and full code language will be attached at the back of this estimate.

**Manufactures installation Instructions:**
Manufacturer installation requirements will be followed and cited where applicable as required to ensure the warrantee of our work and to comply with the **IRC & IBC code**.

**Overhead and Profit:**
 is a licensed class A general contractor in the state of MD.  is under contract with Donna Tetter, our client and your policy holder, to manage and direct the completion of the restoration work proposed.

These Cost of Business expenses are not included in the Xactimate line items but are integral to the successful property restoration of our client, your policy holder. Please review the Xactware White Paper attached at the back of this estimate and the text below taken from that document explaining overhead and profit is not included in the individual Xactimate line items.

*"General Overhead are expenses incurred by a General Contractor, that cannot be attributed to individual projects, and include any and all expenses necessary for the General Contractor to operate their business. Examples (including but not limited to): General and Administrative (G&A) expenses, office rent, utilities, office supplies, salaries for office personnel, depreciation on office equipment, licenses, and advertising. Including General Overhead expenses in an Xactimate estimate--**General Overhead expenses are not included in Xactware ' s unit pricing, but are typically added to the estimate as a percentage of the total bid along with the appropriate profit margin.** These two costs together constitute what is normally referred to in the insurance restoration industry as General Contractor ' s O&P, or just O&P. General Overhead and Profit percentages can be added in the Estimate Parameters window within an Xactimate estimate."*

As a licensed general contractor,  is owed Overhead and Profit for the management of this restoration contract and it has been included in this estimate.

This is an estimate only. ClaimStar Public Adjusting LLC reserves the right to modify this estimate and claim additional indemnity based on the new total to reflect any additional damages discovered, changes in material or labor prices, to comply with code or manufacturer requirements, or any other reason necessary for the completion of this restoration project.



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

**Property**

**Dwelling Exterior**



**Laminated Roof**

| 4791.98 Surface Area | 47.92 Number of Squares |
| 522.47 Total Perimeter Length | 163.74 Total Ridge Length |
| 49.55 Total Hip Length | |

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | | | | | | | | | | |
| | 47.92 SQ | 75.00 | 0.00 | 898.50 | 4,492.50 | 0/30 yrs | Avg. | NA | (0.00) | 4,492.50 |
| 2. Laminated - comp. shingle rfg. - w/ felt | | | | | | | | | | |
| | 53.00 SQ | 391.85 | 470.74 | 5,309.70 | 26,548.49 | 18/30 yrs | Avg. | 60% | (4,707.35) | 21,841.14 |
| 10% waste included in allowance for gable roof. | | | | | | | | | | |
| 3. Asphalt starter - peel and stick | | | | | | | | | | |
| | 210.44 LF | 2.97 | 8.33 | 158.33 | 791.67 | 18/20 yrs | Avg. | 70% [M] | (97.22) | 694.45 |

GAF APPLICATION INSTRUCTIONS , STARTER COURSE
Use GAF starter strip shingles along the eaves. Apply as shown. NOTE: **GAF starter strip shingles are recommended at the rakes** for best
performance and **required for enhanced limited wind warranty** on certain products (see limited warranty for details).
...

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 4. Ice & water barrier | | | | | | | | | | |
| | 1,849.86 SF | 2.33 | 48.84 | 1,089.76 | 5,448.77 | 18/30 yrs | Avg. | 60% | (488.36) | 4,960.41 |

Ice & water shield required by code. Two rolls ice & water shield needed to extend 24" inside interior wall line due to roof eave overhang, roof
pitch, and exterior wall thickness. Please see code and ice & water shield calculator diagram attachments.

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 5. Roofing felt - 15 lb. - double coverage/low slope | | | | | | | | | | |
| | 4.01 SQ | 89.77 | 3.85 | 90.97 | 454.80 | 18/20 yrs | Avg. | 70% [M] | (44.97) | 409.83 |

Two layers felt required on roof slopes from 2/12-4/12 pitch. Please see code attachment.

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 6. R&R Drip edge | | | | | | | | | | |
| | 522.47 LF | 4.20 | 36.36 | 557.68 | 2,788.42 | 18/35 yrs | Avg. | 51.43% | (311.69) | 2,476.73 |
| drip edge present on eaves & rakes | | | | | | | | | | |
| 7. R&R Snow guard/stop | | | | | | | | | | |
| | 53.00 EA | 36.11 | 24.42 | 484.56 | 2,422.81 | 18/40 yrs | Avg. | 45% | (183.17) | 2,239.64 |
| snow stops located on front eaves | | | | | | | | | | |
| 8. R&R Continuous ridge vent - shingle-over style | | | | | | | | | | |
| | 150.00 LF | 15.11 | 47.52 | 578.51 | 2,892.53 | 18/35 yrs | Avg. | 51.43% | (407.31) | 2,485.22 |
| 9. R&R Ridge cap - High profile - composition shingles* | | | | | | | | | | |
| | 213.29 LF | 12.86 | 43.89 | 696.70 | 3,483.50 | 18/30 yrs | Avg. | 60% | (438.95) | 3,044.55 |

Xactimate line item for ridge cap shingles without the high profile is for 3-tab shingles being cut as ridge shingles. Please see line item note: "
*Includes: High profile ridge cap, roofing nails, and installation labor.  Labor to remove ridge cap shingles and to discard in a job-site waste
receptacle. Quality: Precut ridge cap shingles. Note: This item is generally used with laminated shingles."* GAF APPLICATION INSTRUCTIONS
RIDGE CAP SHINGLES Install GAF ridge cap shingles. Follow the application instructions shown on the GAF ridge cap shingle wrapper.
...

**Flashing:** replacement required by code and manufacturer requirements. Please see code attachments. Flashings are thin metal and will be damaged
during removal of shingles and will not be re-usable.



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

## CONTINUED - Laminated Roof

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 10. R&R Flashing - pipe jack | | | | | | | | | |
| 4.00 EA | 78.80 | 4.21 | 79.85 | 399.26 | 18/35 yrs | Avg. | 51.43% | (36.12) | 363.14 |
| 11. Step flashing | | | | | | | | | |
| 122.03 LF | 15.38 | 14.42 | 472.80 | 2,364.04 | 18/35 yrs | Avg. | 51.43% | (123.63) | 2,240.41 |
| 12. R&R Counterflashing - Apron flashing | | | | | | | | | |
| 65.23 LF | 16.09 | 6.81 | 264.08 | 1,320.44 | 18/35 yrs | Avg. | 51.43% | (58.37) | 1,262.07 |
| 13. R&R Flashing, 20" wide | | | | | | | | | |
| 48.00 LF | 7.24 | 6.65 | 88.55 | 442.72 | 18/35 yrs | Avg. | 51.43% | (57.02) | 385.70 |

Allowance to flash roof slope pitch transitions. Please see code attachment.
...

**Vents:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14. R&R Roof vent - turtle type - Metal | | | | | | | | | |
| 3.00 EA | 107.12 | 4.67 | 81.52 | 407.55 | 18/35 yrs | Avg. | 51.43% | (40.02) | 367.53 |
| 15. R&R Exhaust cap - through roof - 6" to 8" | | | | | | | | | |
| 2.00 EA | 145.82 | 6.06 | 74.43 | 372.13 | 18/35 yrs | Avg. | 51.43% | (51.94) | 320.19 |

**Cornices:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 16. R&R Gable cornice return - laminated | | | | | | | | | |
| 1.00 EA | 141.35 | 0.52 | 35.46 | 177.33 | 18/30 yrs | Avg. | 60% | (5.24) | 172.09 |
| 17. R&R Gable cornice return - laminated - 2 stories or greater | | | | | | | | | |
| 4.00 EA | 172.18 | 2.10 | 172.71 | 863.53 | 18/30 yrs | Avg. | 60% | (20.98) | 842.55 |

**Detach & reset:** items required for roof replacement.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18. Roof mount power attic vent - Detach & reset | | | | | | | | | |
| 2.00 EA | 280.98 | 0.00 | 140.49 | 702.45 | 18/NA | Avg. | 0% | (0.00) | 702.45 |
| 19. Solar electric panel - Detach & reset | | | | | | | | | |
| 2.00 EA | 284.94 | 0.00 | 142.47 | 712.35 | 0/NA | Avg. | 0% | (0.00) | 712.35 |
| 20. Solar electric panel - mounting hardware - Detach & reset* | | | | | | | | | |
| 2.00 EA | 28.22 | 0.00 | 14.11 | 70.55 | 0/NA | Avg. | 0% | (0.00) | 70.55 |
| 21. Gutter / downspout - Detach & reset | | | | | | | | | |
| 210.44 LF | 5.26 | 0.00 | 276.73 | 1,383.64 | 0/NA | Avg. | 0% | (0.00) | 1,383.64 |

Eave gutters were installed through drip edge and will have to be detached and reset in order to replace drip edge.

**Steep/high Charges:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 22. Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| 12.35 SQ | 16.32 | 0.00 | 50.39 | 251.94 | 0/NA | Avg. | NA | (0.00) | 251.94 |
| 23. Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| 12.35 SQ | 74.22 | 0.00 | 229.15 | 1,145.77 | 0/NA | Avg. | 0% | (0.00) | 1,145.77 |
| 24. Remove Additional charge for steep roof - 10/12 - 12/12 slope | | | | | | | | | |
| 5.69 SQ | 25.65 | 0.00 | 36.49 | 182.44 | 0/NA | Avg. | NA | (0.00) | 182.44 |
| 25. Additional charge for steep roof - 10/12 - 12/12 slope | | | | | | | | | |
| 5.69 SQ | 116.66 | 0.00 | 165.95 | 829.75 | 0/NA | Avg. | 0% | (0.00) | 829.75 |



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

## CONTINUED - Laminated Roof

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 26. Remove Additional charge for high roof (2 stories or greater) | | | | | | | | | |
| 36.94 SQ | 6.17 | 0.00 | 56.98 | 284.90 | 0/NA | Avg. | NA | (0.00) | 284.90 |
| 27. Additional charge for high roof (2 stories or greater) | | | | | | | | | |
| 36.94 SQ | 32.79 | 0.00 | 302.82 | 1,514.08 | 0/NA | Avg. | 0% | (0.00) | 1,514.08 |
| 28. R&R Soffit & fascia - wood - 1' overhang | | | | | | | | | |
| 39.50 LF | 13.98 | 13.18 | 141.36 | 706.76 | 18/150 yrs | Avg. | 12% | (26.35) | 680.41 |

Wood soffit & fascia were installed over shingles at eave/rake to slope intersections and will have to be removed in order to tear out and replace shingles beneath.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 29. Prime & paint exterior soffit - wood | | | | | | | | | |
| 522.47 SF | 2.66 | 15.36 | 351.29 | 1,756.42 | 5/15 yrs | Avg. | 33.33% | (85.34) | 1,671.08 |
| 30. Prime & paint exterior fascia - wood, 6"- 8" wide | | | | | | | | | |
| 522.47 LF | 2.54 | 7.52 | 333.65 | 1,668.24 | 5/15 yrs | Avg. | 33.33% | (41.80) | 1,626.44 |
| **Totals: Laminated Roof** | | **765.45** | **13,375.99** | **66,879.78** | | | | **7,225.83** | **59,653.95** |

## Metal Roof



247.00  Surface Area          2.47  Number of Squares
106.87  Total Perimeter Length

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 31. R&R Metal roofing - Premium grade | | | | | | | | | |
| 308.75 SF | 17.22 | 89.85 | 1,351.64 | 6,758.16 | 0/75 yrs | Avg. | 0% | (0.00) | 6,758.16 |
| 32. Roofing felt - 15 lb. | | | | | | | | | |
| 2.47 SQ | 50.98 | 1.31 | 31.81 | 159.04 | 0/20 yrs | Avg. | 0% | (0.00) | 159.04 |
| 33. Ice & water barrier - High temp | | | | | | | | | |
| 247.00 SF | 2.72 | 12.30 | 171.04 | 855.18 | 0/30 yrs | Avg. | 0% | (0.00) | 855.18 |
| 34. R&R Eave trim for metal roofing - 26 gauge | | | | | | | | | |
| 85.06 LF | 8.83 | 11.18 | 190.58 | 952.84 | 0/75 yrs | Avg. | 0% | (0.00) | 952.84 |
| 35. R&R Gable trim for metal roofing - 26 gauge | | | | | | | | | |
| 21.80 LF | 9.59 | 3.86 | 53.24 | 266.17 | 0/75 yrs | Avg. | 0% | (0.00) | 266.17 |
| **Flashing:** | | | | | | | | | |
| 36. R&R Endwall flashing for metal roofing - 26 gauge | | | | | | | | | |
| 71.81 LF | 10.10 | 11.81 | 184.27 | 921.36 | 18/75 yrs | Avg. | 24% | (47.22) | 874.14 |

DONNA_TETTER                                                          2/15/2024          Page: 5



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

## CONTINUED - Metal Roof

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 37. R&R Gable cornice strip - metal | | | | | | | | | | |
| | 23.00 LF | 18.32 | 6.04 | 106.86 | 534.26 | 0/75 yrs | Avg. | 0% | (0.00) | 534.26 |
| 38. R&R Gable cornice strip - metal - 2 stories or greater | | | | | | | | | | |
| | 9.50 LF | 35.07 | 2.50 | 83.92 | 419.59 | 0/75 yrs | Avg. | 0% | (0.00) | 419.59 |
| 39. R&R Gable cornice return - metal - 2 stories or greater | | | | | | | | | | |
| | 2.00 EA | 165.65 | 0.39 | 82.93 | 414.62 | 0/75 yrs | Avg. | 0% | (0.00) | 414.62 |
| **Detach & Reset:** | | | | | | | | | | |
| 40. Gutter / downspout - Detach & reset | | | | | | | | | | |
| | 85.06 LF | 5.26 | 0.00 | 111.85 | 559.27 | 0/NA | Avg. | 0% | (0.00) | 559.27 |
| Eave gutters were installed through eave trim and will have to be detached and reset in order to replace drip edge. | | | | | | | | | | |
| **Totals: Metal Roof** | | 139.24 | 2,368.14 | 11,840.49 | | | | | 47.22 | 11,793.27 |

### Front Elevation

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 41. R&R Gutter / downspout - aluminum - up to 5" | | | | | | | | | | |
| | 34.00 LF | 10.29 | 10.59 | 90.12 | 450.57 | 18/25 yrs | Avg. | 70% [M] | (123.52) | 327.05 |
| **Totals: Front Elevation** | | 10.59 | 90.12 | 450.57 | | | | | 123.52 | 327.05 |

### Right Elevation

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 42. R&R Gutter / downspout - aluminum - up to 5" | | | | | | | | | | |
| | 60.00 LF | 10.29 | 18.68 | 159.02 | 795.10 | 18/25 yrs | Avg. | 70% [M] | (217.98) | 577.12 |
| 43. R&R Window screen, 10 - 16 SF | | | | | | | | | | |
| | 4.00 EA | 58.49 | 11.76 | 61.43 | 307.15 | 18/30 yrs | Avg. | 60% | (117.65) | 189.50 |
| 44. R&R Clothes dryer vent cover | | | | | | | | | | |
| | 1.00 EA | 47.16 | 0.48 | 11.92 | 59.56 | 18/30 yrs | Avg. | 60% | (4.79) | 54.77 |
| 45. Comb/straighten a/c cond. fins - w/trip charge - Large | | | | | | | | | | |
| | 1.00 EA | 260.46 | 0.00 | 65.12 | 325.58 | 0/NA | Avg. | 0% | (0.00) | 325.58 |
| 46. Comb and straighten a/c condenser fins - w/out trip charge | | | | | | | | | | |
| | 2.00 EA | 93.78 | 0.00 | 46.89 | 234.45 | 0/NA | Avg. | 0% | (0.00) | 234.45 |



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

### CONTINUED - Right Elevation

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 47. Remove Air conditioning security cage | | | | | | | | | |
| 3.00 EA | 14.61 | 0.00 | 10.95 | 54.78 | 0/15 yrs | Avg. | NA | (0.00) | 54.78 |
| Allowance to detach & reset AC cages to combe fins | | | | | | | | | |
| 48. Install Air conditioning security cage | | | | | | | | | |
| 3.00 EA | 90.93 | 0.00 | 68.20 | 340.99 | 0/15 yrs | Avg. | 0% | (0.00) | 340.99 |
| **Totals: Right Elevation** | | **30.92** | **423.53** | **2,117.61** | | | | **340.42** | **1,777.19** |

### Rear Elevation

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 49. R&R Clothes dryer vent cover | | | | | | | | | |
| 1.00 EA | 47.16 | 0.48 | 11.92 | 59.56 | 18/30 yrs | Avg. | 60% | (4.79) | 54.77 |
| **Totals: Rear Elevation** | | **0.48** | **11.92** | **59.56** | | | | **4.79** | **54.77** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Total: Dwelling Exterior** | | **946.68** | **16,269.70** | **81,348.01** | | | | **7,741.78** | **73,606.23** |

### Interior

#### Sunroom                                                                                          Height: Sloped



| 484.30 SF Walls | 229.59 SF Ceiling |
|---|---|
| 713.89 SF Walls & Ceiling | 222.52 SF Floor |
| 24.72 SY Flooring | 46.84 LF Floor Perimeter |
| 64.70 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**              17' 3" X 9'              **Opens into Exterior**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 50. Contents - move out then reset - Large room | | | | | | | | | |
| 1.00 EA | 148.00 | 0.00 | 37.00 | 185.00 | 0/NA | Avg. | 0% | (0.00) | 185.00 |
| 51. Ceiling fan - Detach & reset | | | | | | | | | |
| 1.00 EA | 253.88 | 0.00 | 63.47 | 317.35 | 0/NA | Avg. | 0% | (0.00) | 317.35 |
| Allowance needed for drywall repairs. | | | | | | | | | |



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

### CONTINUED - Sunroom

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. | R&R Batt insulation - 6" - R19 - paper / foil faced | | | | | | | | | |
| | 32.00 SF | 1.66 | 1.71 | 13.71 | 68.54 | 0/150 yrs | Avg. | 0% | (0.00) | 68.54 |
| 53. | R&R 5/8" drywall - hung, taped, floated, ready for paint | | | | | | | | | |
| | 32.00 SF | 3.72 | 1.50 | 30.14 | 150.68 | 0/150 yrs | Avg. | 0% | (0.00) | 150.68 |
| 54. | Texture drywall - light hand texture | | | | | | | | | |
| | 32.00 SF | 1.22 | 0.19 | 9.81 | 49.04 | 0/150 yrs | Avg. | 0% | (0.00) | 49.04 |
| 55. | Seal the surface area w/PVA primer - one coat | | | | | | | | | |
| | 32.00 SF | 0.70 | 0.12 | 5.63 | 28.15 | 0/15 yrs | Avg. | 0% | (0.00) | 28.15 |
| 56. | Paint the ceiling - two coats | | | | | | | | | |
| | 229.59 SF | 1.17 | 3.86 | 68.12 | 340.60 | 5/15 yrs | Avg. | 33.33% | (21.43) | 319.17 |
| 57. | Mask and prep for paint - plastic, paper, tape (per LF) | | | | | | | | | |
| | 64.70 LF | 1.64 | 1.05 | 26.80 | 133.96 | 0/15 yrs | Avg. | 0% | (0.00) | 133.96 |
| 58. | Mask per square foot for drywall or plaster work* | | | | | | | | | |
| | 222.52 SF | 0.31 | 0.93 | 17.48 | 87.39 | 0/150 yrs | Avg. | 0% | (0.00) | 87.39 |
| 59. | Final cleaning - construction - Residential | | | | | | | | | |
| | 222.52 SF | 0.34 | 0.00 | 18.92 | 94.58 | 0/NA | Avg. | 0% | (0.00) | 94.58 |
| 60. | Tape joint for new to existing drywall - per LF | | | | | | | | | |
| | 24.00 LF | 11.04 | 0.62 | 66.39 | 331.97 | 0/150 yrs | Avg. | 0% | (0.00) | 331.97 |
| **Totals: Sunroom** | | | **9.98** | **357.47** | **1,787.26** | | | | **21.43** | **1,765.83** |
| **Total: Interior** | | | **9.98** | **357.47** | **1,787.26** | | | | **21.43** | **1,765.83** |

### Other Structures

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 61. | R&R Rural mailbox | | | | | | | | | |
| | 1.00 EA | 61.86 | 1.77 | 15.92 | 79.55 | 18/20 yrs | Avg. | 70% [M] | (20.66) | 58.89 |
| **Totals: Other Structures** | | | **1.77** | **15.92** | **79.55** | | | | **20.66** | **58.89** |

### General

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

### CONTINUED - General

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 62. Temporary toilet - Minimum rental charge | | | | | | | | | |
| 1.00 EA | 161.89 | 0.00 | 40.47 | 202.36 | 0/NA | Avg. | 0% | (0.00) | 202.36 |
| 63. Residential Supervision / Project Management - per hour | | | | | | | | | |
| 24.00 HR | 76.70 | 0.00 | 460.20 | 2,301.00 | 0/NA | Avg. | 0% | (0.00) | 2,301.00 |
| project supervisor for estimated 3 days | | | | | | | | | |
| 64. Generator - 6,000 watt - portable (per day) | | | | | | | | | |
| 3.00 DA | 88.66 | 0.00 | 66.50 | 332.48 | 0/NA | Avg. | 0% | (0.00) | 332.48 |
| 65. Boom or spider lift - 50'-60' reach (per day) | | | | | | | | | |
| 3.00 DA | 636.93 | 0.00 | 477.70 | 2,388.49 | 0/NA | Avg. | 0% | (0.00) | 2,388.49 |
| boom lift & operator to access high gutters, fascia, and soffit work | | | | | | | | | |
| 66. Equipment Operator - per hour | | | | | | | | | |
| 24.00 HR | 77.35 | 0.00 | 464.10 | 2,320.50 | 0/NA | Avg. | 0% | (0.00) | 2,320.50 |
| **Totals: General** | | **0.00** | **1,508.97** | **7,544.83** | | | | **0.00** | **7,544.83** |

### Debris Removal

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 67. Single axle dump truck - per load - including dump fees | | | | | | | | | |
| 1.00 EA | 333.94 | 0.00 | 83.48 | 417.42 | 0/NA | Avg. | NA | (0.00) | 417.42 |
| Allowance for disposal of all non roofing debris | | | | | | | | | |
| **Totals: Debris Removal** | | **0.00** | **83.48** | **417.42** | | | | **0.00** | **417.42** |

### Labor Minimums Applied

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 68. Drywall labor minimum | | | | | | | | | |
| 1.00 EA | 63.35 | 0.00 | 15.84 | 79.19 | 0/NA | Avg. | 0% | (0.00) | 79.19 |
| 69. Cleaning labor minimum* | | | | | | | | | |
| 1.00 EA | 58.92 | 0.00 | 14.73 | 73.65 | 0/NA | Avg. | 0% | (0.00) | 73.65 |
| 70. Insulation labor minimum | | | | | | | | | |
| 1.00 EA | 154.19 | 0.00 | 38.55 | 192.74 | 0/NA | Avg. | 0% | (0.00) | 192.74 |
| 71. Specialty items labor minimum | | | | | | | | | |
| 1.00 EA | 166.54 | 0.00 | 41.63 | 208.17 | 0/NA | Avg. | 0% | (0.00) | 208.17 |



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

**CONTINUED - Labor Minimums Applied**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 72. Window labor minimum | | | | | | | | | |
| 1.00 EA | 201.02 | 0.00 | 50.25 | 251.27 | 0/NA | Avg. | 0% | (0.00) | 251.27 |
| **Totals: Labor Minimums Applied** | | 0.00 | 161.00 | 805.02 | | | | 0.00 | 805.02 |
| **Line Item Totals: Property** | | 958.43 | 18,396.54 | 91,982.09 | | | | 7,783.87 | 84,198.22 |

[%] - Indicates that depreciate by percent was used for this item
[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 484.30 | SF Walls | 229.59 | SF Ceiling | 713.89 | SF Walls and Ceiling |
| 222.52 | SF Floor | 24.72 | SY Flooring | 46.84 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 64.70 | LF Ceil. Perimeter |
| 222.52 | Floor Area | 244.33 | Total Area | 484.30 | Interior Wall Area |
| 10,836.63 | Exterior Wall Area | 71.59 | Exterior Perimeter of Walls | | |
| 5,038.99 | Surface Area | 50.39 | Number of Squares | 629.33 | Total Perimeter Length |
| 163.74 | Total Ridge Length | 49.55 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 91,694.37 | 99.69% | 83,931.16 | 99.68% |
| Other Structures | 287.72 | 0.31% | 267.06 | 0.32% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 91,982.09 | 100.00% | 84,198.22 | 100.00% |



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 72,398.72 |
| Material Sales Tax | 956.66 |
| | |
| Subtotal | 73,355.38 |
| Overhead | 11,003.40 |
| Profit | 7,335.59 |
| | |
| **Replacement Cost Value** | **$91,694.37** |
| Less Depreciation | (7,763.21) |
| | |
| **Actual Cash Value** | **$83,931.16** |
| Less Deductible | (2,500.00) |
| | |
| **Net Claim** | **$81,431.16** |
| | |
| Total Recoverable Depreciation | 7,763.21 |
| | |
| **Net Claim if Depreciation is Recovered** | **$89,194.37** |

Peter Gaetano



P.O. Box 1449
Front Royal, VA 22630
540-551-3945
office@claimstaradjusting.com

## Summary for Other Structures

| | |
|---|---:|
| Line-Item Total | 228.40 |
| Material Sales Tax | 1.77 |
| Subtotal | 230.17 |
| Overhead | 34.53 |
| Profit | 23.02 |
| **Replacement Cost Value** | **$287.72** |
| Less Depreciation | (20.66) |
| **Actual Cash Value** | **$267.06** |
| **Net Claim** | **$267.06** |
| Total Recoverable Depreciation | 20.66 |
| **Net Claim if Depreciation is Recovered** | **$287.72** |

Peter Gaetano

Interior



20' 8"

20' 3"

5'

4' 6"

4' 5"

4' 8"

11' 2"

10' 6"

Sunroom

4' 2"

4' 5"

20' 11"

Interior

Exterior

9"

9"

2"

Exterior

Dwelling Exterior



Dwelling Exterior



CERTIFIED MAIL

7021 0350 0000 6356 2921



# MARYLAND

## INSURANCE
## ADMINISTRATION

200 St. Paul Place, Suite 2700  Baltimore, MD 21202
www.mdinsurance.state.md.us

US POSTAGE
ZIP 21202
02 4R
0000389174 AUG 21 2024
$ 013.26

Process Server
The Travelers Indemnity Company
CSC-Lawyers Incorporating Service Company - MD
7 St. Paul Street, Suite 820
Baltimore, MD 21202