# EXHIBIT 2

| | |
|---|---|
| DONNA TETTER AND NORMAN TETTER,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRAVELERS INDEMNITY COMPANY,<br><br>    Defendant. | IN THE CIRCUIT COURT FOR<br><br>WASHINGTON COUNTY,<br><br>MARYLAND<br><br><br>No. C-21-CV-24-000337 |

**NOTICE OF FILING A**
**<u>NOTICE OF REMOVAL</u>**

To:   Joseph Sheaffer
      WHEELER, DIULIO & BARNABEI, P.C.
      1650 Arch Street, Suite 2200
      Philadelphia, PA 19103
      jsheaffer@wdblegal.com
      *Attorney for Plaintiff*

              and

      Clerk Kevin R. Tucker
      Circuit Court for Washington County, Maryland
      24 Summit Avenue
      Hagerstown, MD 21740

**Please Take Notice**: Under 28 U.S.C. § 1446(d), Defendant Travelers Personal Insurance Company, incorrectly identified as Travelers Indemnity Company in the Complaint, filed a notice of removal in the United States District Court for the District of Maryland today, removing this action. This filing operates as a stay on all further proceedings in this Court. A copy of the notice of removal is attached as <u>Exhibit 1</u>.

Respectfully submitted,

/s/ Bradley M. Strickland
Bradley M. Strickland (AIS No. 1906190099)
Kirstin M. Hopkins (AIS No. 2202040022)
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
(410) 752-6030 telephone
(410) 361-8231 facsimile
bstrickland@kg-law.com
khopkins@kg-law.com

*Attorneys for Travelers Personal Insurance Company, incorrectly identified as Travelers Indemnity Company*

## CERTIFICATE OF SERVICE

I certify that a copy of this notice, along with its exhibit, was served on all parties entitled to service through this Court's MDEC system.

/s/ Bradley M. Strickland
Bradley M. Strickland (AIS No. 1906190099)

4882-1023-6899, v. 1